IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
OCT - 5 2016
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| ANDREW P. CATES,<br><br>Plaintiff,<br><br>vs.<br><br>CCA OF TENNESSEE, LLC,<br><br>Defendant. | CV 15-12-BLG-SPW<br><br>ORDER |

Before the Court are United States Magistrate Judge Carolyn Ostby's Findings and Recommendations filed on July 19, 2016. (Doc. 26). Judge Ostby recommends that this Court grant Defendant CCA of Tennessee's Motion for Summary Judgment (Doc. 20) on all claims.

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written objections within 14 days of the filing of Judge Ostby's Findings and Recommendations. No objections were filed. When neither party objects, this Court reviews Judge Ostby's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, this Court does not find that Judge Ostby committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations for disposition of this matter entered by United States Magistrate Judge Ostby (Doc. 26) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendant CCA of Tennessee's Motion for Summary Judgment (Doc. 20) is GRANTED. The Clerk of Court shall enter judgment in favor of CCA of Tennessee and close this case.

DATED this 5th day of October, 2016.

                                            SUSAN P. WATTERS
                                            United States District Judge