UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| ANDREW P. CATES, | Case No. CV-15-12-BLG-SPW |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| CCA OF TENNESSEE, LLC, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

Judgment in favor of CCA of Tennessee, LLC against Andrew P. Cates.

Dated this 5th day of October, 2016.

TYLER P. GILMAN, CLERK

By: /s/ Amanda Carrillo
Deputy Clerk